IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAUL MORRELL, INC., <br> D/B/A THE EVENT SOURCE, <br><br> Plaintiff, <br><br> v. <br><br> KELLOGG BROWN & ROOT <br> SERVICES, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:08cv72 (AJT/JFA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Based on the Court's findings of fact and conclusions of law issued pursuant to Fed. R. Civ. P. 52, as set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that, as to Count 1 of the Amended Complaint, judgment be, and the same hereby is, entered in favor of Defendant Kellogg Brown & Root Services, Inc. and Defendant Kellogg Brown & Root LLC and against Plaintiff Paul Morrell, Inc. d/b/a The Event Source; and it is further

ORDERED that, as to Count 2 of the Amended Complaint, judgment be, and the same hereby is, entered in favor of Plaintiff Paul Morrell, Inc. d/b/a The Event Source and against Defendant Kellogg Brown & Root Services, Inc. and Defendant Kellogg Brown & Root LLC, jointly and severally, for compensatory damages in the amount of $14,975,641 and punitive damages in the amount of $4,000,000, for a total judgment of $18,975,641.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 in favor of Defendant Kellogg Brown & Root Services, Inc. and Defendant Kellogg Brown & Root LLC as

to Count 1 of the Amended Complaint and judgment in favor of Plaintiff Paul Morrell, Inc. d/b/a The Event Source and against Defendant Kellogg Brown & Root Services, Inc. and Defendant Kellogg Brown & Root LLC, jointly and severally, as to Count 2 of the Amended Complaint and to forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

This Order is final.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 29, 2010